# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY O'NEILL, et al** | : | **CIVIL ACTION** |
| **v.** | : | |
| **THE PHILADELPHIA HOUSING AUTHORITY, et al** | : | **NO. 11-0173** |

## ORDER

**AND NOW**, this 28th day of June, 2011, upon consideration of the Motion to Dismiss the Amended Complaint of Defendants Philadelphia Housing Authority and Daniel Quimby (Document No. 6) and the Motion of Defendant Carl Green to Dismiss Plaintiffs' Amended Complaint (Document No. 18), the plaintiffs' responses and after oral argument, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.